JPML FORM 1A

## DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 677 -- In re Litigation Involving Incarceration of Andrew D'Ambrosia

| Date | Ref. | Pleading Description |
|---|---|---|
| 85/11/21 | 1 | MOTION, BRIEF, SCHEDULE OF ACTION, CERT. OF SVC. -- (A-1 and A-2) Andrew D'Ambrosia (Pro Se) -- SUGGESTED TRANSFEREE DISTRICT: DISTRICT OF CONNECTICUT, SUGGESTED TRANSFEREE JUDGE: ? (rh) |
| 85/12/02 | | APPEARANCE -- Andrew D'Ambrosia for Andrew D'Ambrosia (paa) |
| 85/12/04 | | APPEARANCE -- L.D. McCallum, Esq., for Leonard G. Barbieri & Arnold Markle (paa) |
| 85/12/06 | 2 | STATUS UPDATE -- Plaintiff Andrew D'Ambrosia, w/cert. svc. (paa) |
| 85/12/11 | | HEARING ORDER -- Setting motion to transfer for Panel Hearing on January 23, 1986 in Miami, Florida (rh) |
| 85/12/17 | | SUPPLEMENTAL CERTIFICATE OF SERVICE -- (Attachment to pleading #1). (paa) |
| 86/01/22 | | WAIVERS OF HEARING APPEARANCE: (MDL-677) ANDREW D'AMBROSIA (PRO SE); L.D. McCALLUM, ESQ. for Leonard G. Barbieri & Arnold Markle; IRWIN I. KIMMELMAN Attorney General for John J. Rafferty. (paa) |
| 86/01/31 | | ORDER DENYING TRANSFER pursuant to 28 U.S.C. §1407 -- A-1 and A-2 -- notified involved counsel, clerks and judges. (tmq) |

JPML Form 1

Revised: 8/78

DOCKET NO. 677 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Litigation Involving Incarceration of Andrew D'Ambrosia

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| 1/23/86 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 1/31/86 | mo | unpublished | | | |

Special Transferee Information

DATE CLOSED: January 31, 1986

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 677 -- In re Litigation Involving Incarceration of Andrew D'Ambrosia

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Andrew D'Ambrosia v. Leonard G. Barbieri, et al. | Conn. Dorsey | H-85-755(PCD) | | | | |
| A-2 | Andrew D'Ambrosia v. T.D. Durbin, et. al. | Tex.,S. Gibson | G-85-396 | | | | |

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 677 -- In re Litigation Involving Incarceration of Andrew D'Ambrosia

| | |
|---|---|
| ANDREW D'AMBROSIA (A-1, A-2)<br>Andrew D'Ambrosia<br>Post Office Box 100<br>Somers, Conn.  06071 | LEONARD G. BARBIERI<br>ARNOLD MARKLE<br>L.D. McCallum, Esquire<br>Assistant Attorney General<br>340 Capitol Avenue<br>Hartford, Conn.  06106<br><br>T.D. DURBIN     no appearance received<br>BILLY WARE<br>Ann Kraatz, Esquire<br>Assistant Attorney General<br>Post Office Box 12548<br>Capitol Station<br>Austin, Texas  78711<br>512-463-2⟨illegible⟩ |

JPML FORM 3

p. _____

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 677 -- In re Litigation Involving Incarceration of Andrew D'Ambrosia

| Name of Party | Named as Party in Following Actions |
|---|---|
| Leonard G. Barbieri | A-1 |
| Commissioner | A-1 |
| Arnold Markle | A-1 |
| T.D. Durbin | A-2 |
| Billy Ware | A-2 |
| | |
| | |
| | |
| | |
| | |