JUDICIAL PANEL ON MULTIDISTRICT LITIGATION FILED

JAN 31 1986

PATRICIA D. HOWARD CLERK OF THE PANEL

DOCKET NO. 677

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE LITIGATION INVOLVING INCARCERATION OF ANDREW D'AMBROSIA

ORDER DENYING TRANSFER*

This litigation consists of two actions pending in two federal districts: one action each in the District of Connecticut and Southern District of Texas. Before the Panel is a motion, pursuant to 28 U.S.C. §1407, by Andrew D'Ambrosia, the plaintiff in both actions, to transfer the Texas action to the District of Connecticut for coordinated or consolidated pretrial proceedings with the action pending there. No party has responded to the motion.

On the basis of the papers filed,[1/] the Panel finds that Section 1407 centralization would not necessarily serve the convenience of the parties and witnesses or further the just and efficient conduct of this litigation. Given the minimal number of actions before us, movant has failed to persuade us that any common questions of fact involved in these actions are sufficiently complex, and that the accompanying discovery will be so time-consuming, as to justify Section 1407 transfer. See In re Scotch Whiskey Antitrust Litigation, 299 F.Supp. 543, 544 (J.P.M.L. 1969).

IT IS THEREFORE ORDERED that the motion, pursuant to 28 U.S.C. 1407, for transfer of the actions listed on Schedule A be, and the same hereby is, DENIED.

FOR THE PANEL:

Andrew A. Caffrey
Andrew A. Caffrey
Chairman

---

* Judge Fred Daugherty took no part in the decision of this matter.

1/ The parties waived oral argument and accordingly the question of transfer of these actions was submitted on the briefs. Rule 14, R.P.J.P.M.L., 89 F.R.D. 273, 283-84 (1981).

SCHEDULE A

District of Connecticut

Andrew D'Ambrosia v. Leonard G. Barbieri, et al.,
C.A. No. H-85-755(PCD)

Southern District of Texas

Andrew D'Ambrosia v. T.D. Durbin, et al.,
C.A. No. G-85-396